Commonwealth *v.* Ellenzweig, Appellant.

772

Argued November 13, 1973. *David E. Cohen,* for appellant; no appearance entered nor brief submitted for Commonwealth, appellee.

Order affirmed.

SPAULDING, J., absent.